HERMAN J. BACHRAN, Respondent, *v.* BENJAMIN VON RADEN et al., as Executors, etc., Impleaded, etc., Appellants.

(Argued December 17, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 21, 1888, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*James A. Deering* for appellants.

*William L. Snyder* for respondent.

Agree to affirm on authority of *King* v. *Mayor, etc.* (102 N. Y. 171).

All concur.

Judgment affirmed.

---

CHARLES H. WARD, Respondent, *v.* JANE HARTLEY COWDREY, as Executrix, etc., Appellant.

(Argued December 17, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 28, 1889, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Nathaniel C. Moak* for appellant.

*J. C. Foley* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.